IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROGER WALLACE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3011 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM R. MATHIAS, and | ) | MEMORANDUM AND ORDER |
| HERINGTON LIVESTOCK MARKET, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

After conferring with the parties, the defendant has stated he is being assisted by counsel who has not entered an appearance in this case. For the reasons discussed in the call today, a party cannot be represented by undisclosed counsel in this court.

Accordingly,

IT IS ORDERED:

1) On or before June 29, 2012, William R. Mathias shall either: (a) obtain the services of counsel and have that attorney file an appearance on his behalf; or (b) file a statement notifying the court of that is intends to litigate this case without the assistance of counsel. The failure to do so may result in an entry of default and/or default judgment against defendant Mathias.

2) William R. Mathias shall provide a copy of this memorandum and order to his undisclosed counsel.

3) On or before June 29, 2012, the defendant shall file his answer to the plaintiff's complaint.

4) All filings by defendant Mathias shall be sent to the Clerk of the Court, Robert V. Denney Federal Building, 593 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508-3803.

5) The clerk shall mail a copy of this order to defendant Mathias at the following address:

       William R. Mathias,
       Box 29
       Herington, KS 67449

6)     The clerk shall set a case management deadline for July 5, 2012 using the following text: Verify defendant's Mathias' compliance with the court's June 15, 2012 order.

DATED this 15th day of June, 2012.

       BY THE COURT:

       *s/ Cheryl R. Zwart*
       United States Magistrate Judge

-2-